UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
REBECCA GLORIA YOHALEM,

                                Plaintiff,                        <u>ORDER</u>

                 -against-                                  CV 12-3706 (JS) (ETB)

BRUNSWICK HALL, et al.,

                                Defendants.
-------------------------------------------------------------------X

       The <u>pro se</u> plaintiff failed to appear for the initial conference and failed to communicate with the Court as to her non-appearance. Plaintiff is cautioned that the failure to comply with the orders of the Court may lead to sanctions, including, in appropriate cases, dismissal of the action.

       Defendants' counsel report that they are unable to communicate with the plaintiff by telephone. This is important, especially with regard to the discovery phase of the case. For this reason, the plaintiff is directed to provide the Clerk of the Court and counsel for the defendants with a telephone number and an email address where she can by contacted. This shall be provided by plaintiff within ten (10) days.

       All discovery is stayed by the Court <u>sua sponte</u>, pending the further order of the Court. This action purports to be a Section 1983 action; however, there is a substantial issue with regard to the essential element of state action.

       The initial conference is rescheduled to December 5, 2012 at 10:00 a.m. It is important that the plaintiff appear in court at that time.

1

**SO ORDERED:**

Dated: Central Islip, New York
       November 9, 2012

                                           /s/ E. Thomas Boyle
                                           E. THOMAS BOYLE
                                           United States Magistrate Judge