UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
REBECCA GLORIA YOHALEM,

                        Plaintiff,                        <u>ORDER</u>

       -against-                              CV 12-3706 (JS) (ETB)

BRUNSWICK HALL, et al.,

                        Defendants.
----------------------------------------------------------------X

       The <u>pro se</u> plaintiff appeared in court today for an initial conference, after having failed to appear at two prior initial conferences. Her action purports to be one under 42 U.S.C. § 1983, based on assault, kidnapping and other various general allegations that allegedly occurred at one or more mental health facilities in New York.

       The <u>pro se</u> plaintiff is virtually deaf and it is therefore difficult for her to participate in any meaningful way in this litigation - whether it involves interaction with opposing counsel or the Court. As a result of this severe limitation, the plaintiff's conduct was invariably non-responsive, which undoubtedly led to her frustration at the conference, which, in turn, led to her disruptive behavior in the courtroom after the initial conference was concluded.

       For the foregoing reasons, the Court strongly recommends that the <u>pro se</u> plaintiff seek counsel by contacting William M. Brooks, Professor of Law at the Touro College Jacob D. Fuchsberg Law Center. Touro Law Center has been designated, along with other organizations, as an ombudsperson by the State of New York, under the Protection and Advocacy for Individuals with Mental Illness program ("PAIMI"), to represent patients and former patients at mental hospitals in the State of New York. These duties are apparently carried out by the Law

Center through the Civil Rights Litigation Clinic, which is primarily responsible for patients in the Long Island area, and of which Professor Brooks is the director.  He may be contacted by telephone at (631) 761-7086.


**SO ORDERED:**

Dated:  Central Islip, New York
        December 5, 2012

                                        /s/ E. Thomas Boyle
                                        E. THOMAS BOYLE
                                        United States Magistrate Judge